## CIVIL COVER SHEET ATTACHMENT

### Related Cases

| Case Name | Case Number | Court | Active Judge |
|---|---|---|---|
| Patent Armory Inc. v. OnePlus Technology (Shenzhen) Co., Ltd. | 6-23-cv-00327 | WDTX | Alan D. Albright |
| Patent Armory Inc. v. Teledyne FLIR, LLC | 1-23-cv-00497 | DDE | Maryellen Noreika |
| Patent Armory Inc. v. Seek Thermal, Inc. | 1-23-cv-00498 | DDE | Maryellen Noreika |
| Patent Armory Inc. v. Booking Holdings Inc. | 6-23-cv-00540 | WDTX | Alan D. Albright |
| Patent Armory Inc. v. Meta Platforms, Inc. f/k/a Facebook, Inc. | 6-23-cv-00541 | WDTX | Alan D. Albright |
| Patent Armory Inc. v. Microsoft Corporation | 6-23-cv-00542 | WDTX | Alan D. Albright |
| Patent Armory Inc. v. Pinterest, Inc. | 1-23-cv-00811 | DDE | Maryellen Noreika |
| Patent Armory Inc. v. Quora, Inc. | 1-23-cv-00812 | DDE | Maryellen Noreika |
| Patent Armory Inc. v. Reddit, Inc. | 1-23-cv-00813 | DDE | Maryellen Noreika |
| Patent Armory Inc. v. Snap Inc. | 1-23-cv-00814 | DDE | Maryellen Noreika |
| Patent Armory Inc. v. Twitter, Inc. | 1-23-cv-00815 | DDE | Maryellen Noreika |
| Patent Armory Inc. v. Telegram LLC | 1-23-cv-00840 | DDE | |
| Patent Armory Inc. v. Tencent America LLC | 1-23-cv-00841 | DDE | |