# Exhibit 6

Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Rent-a-Wreck ("Defendant")

| Claim 20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Rent-a-Wreck customer service platform performs a method of processing requests.<br><br>For example, the customer service platform performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>Source: https://www.rentawreck.com/contact.htm<br><br>Source: https://www.rentawreck.com/helpful-information.htm |

1

| | |
|---|---|
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The Rent-a-Wreck customer service platform estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the customer service platform uses information provided by the caller, such as through interactive voice responses, email and chatbots to determine the nature of the call.<br><br><br><br>Source: https://www.rentawreck.com/initchat.html<br><br>Live Chat \| Login \| Create Account \| (877) 877-0700<br><br>Source: https://www.rentawreck.com/helpful-information.htm |

| | |
|---|---|
| | Source: https://www.rentawreck.com/contact.htm |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The Rent-a-Wreck customer service platform determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the customer service platform determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language).<br><br>Source: https://www.rentawreck.com/contact.htm |

3

| | |
|---|---|
| | Source: https://www.rentawreck.com/helpful-information.htm<br><br>Source: https://www.rentawreck.com/helpful-information.htm |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on | The Rent-a-Wreck customer service platform evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the customer service platform uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller. |

| | |
|---|---|
| a probabilistic predictivemultivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | Source: https://www.rentawreck.com/helpful-information.htm<br><br>Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts |

| | |
|---|---|
| | **Is ComplaintsBoard.com associated with Rent-A-Wreck?**<br><br>ComplaintsBoard.com is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Rent-A-Wreck Customer Service. Initial Rent-A-Wreck complaints should be directed to their team directly. You can find contact details for Rent-A-Wreck above.<br><br>ComplaintsBoard.com is an independent complaint resolution platform that has been successfully voicing consumer concerns since 2004. We are doing work that matters - connecting customers with businesses around the world and help them resolve issues and be heard.<br><br>Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the Rent-a-Wreck customer service platform generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the customer service platform generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>**Helpful Information**     Book a car NOW!<br>About us \| Rent-A-Wreck and Safe Cars \| History \| Helpful Information \| Mission Statement<br><br>**Facts for Customers**<br><br>**Renting a car**<br>Renting a car can be confusing, especially if you are a first-time renter or don't understand the terminology involved. The following information is intended to clarify some car rental industry terminology and provide a guide to car rental for those unfamiliar with the process.<br><br>**Understanding the Terms and Charges**<br>Always ask about charges before you sign your car rental agreement. If you are not sure about a specific charge or have questions about the language on your rental contract, ask questions at the counter. Your friendly Rent-A-Wreck customer service representative will be glad to help. |

Source: https://www.rentawreck.com/helpful-information.htm

> Live Chat | Login | Create Account | ☎ (877) 877-0700

Source: https://www.rentawreck.com/helpful-information.htm

> **Is ComplaintsBoard.com associated with Rent-A-Wreck?**
>
> ComplaintsBoard.com is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Rent-A-Wreck Customer Service. Initial Rent-A-Wreck complaints should be directed to their team directly. You can find contact details for Rent-A-Wreck above.
>
> ComplaintsBoard.com is an independent complaint resolution platform that has been successfully voicing consumer concerns since 2004. We are doing work that matters - connecting customers with businesses around the world and help them resolve issues and be heard.

Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts