Exhibit 7

Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. Rent-a-Wreck ("Defendant")

| Claim11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The Rent-a-Wreck customer service platform performs a method for assigning communications.<br><br>For example, the Rent-a-Wreck customer service platform assigns incoming calls (including SMS and live chats) to call center agents.<br><br>**Contact us**<br>Looking for information on renting a vehicle, or for customer service?<br><br>United States — (877) 877-0700<br>Outside the USA — +1-301-681-8100<br><br>Need to cancel a rental?<br><br>Rent-A-Wreck International Headquarters<br>13900 Laurel Lakes Avenue<br>Suite 100<br>Laurel, MD 20707<br><br>Source: https://www.rentawreck.com/contact.htm |

1

| | |
|---|---|
| | Source: https://www.rentawreck.com/helpful-information.htm<br><br>Source: https://www.rentawreck.com/initchat.html |
| receiving a plurality of | The Rent-a-Wreck customer service platform receives multiple respective communications that are to be associated with a respective resource selected from |

| | |
|---|---|
| respective communications for association with a respective resource selected from a plurality of resources; | multiple resources.<br><br>For example, the Rent-a-Wreck customer service platform receives multiple incoming calls (e.g. including phone calls, SMS and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center agent who can help the customer with the customer's request.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |

3



Source: https://www.rentawreck.com/helpful-information.htm

4

| | |
|---|---|
| | Source: https://www.rentawreck.com/initchat.html |
| identifying a plurality of resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | The Rent-a-Wreck customer service platform identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.<br><br>For example, the Rent-a-Wreck customer service platform uses one or more of interactive voice response (e.g. language), caller identification (e.g. user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call. Each call center agent is typically handling only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season).<br><br> |

Source: https://www.rentawreck.com/contact.htm



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

6



Source: https://www.rentawreck.com/helpful-information.htm

| | |
|---|---|
| | **Is ComplaintsBoard.com associated with Rent-A-Wreck?**<br><br>ComplaintsBoard.com is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Rent-A-Wreck Customer Service. Initial Rent-A-Wreck complaints should be directed to their team directly. You can find contact details for Rent-A-Wreck above.<br><br>ComplaintsBoard.com is an independent complaint resolution platform that has been successfully voicing consumer concerns since 2004. We are doing work that matters - connecting customers with businesses around the world and help them resolve issues and be heard.<br><br>Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts |

| | |
|---|---|
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The Rent-a-Wreck customer service platform calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the Rent-a-Wreck customer service platform determines an estimated wait time that the caller will remain in a queue or on-hold before the agent can take the call (e.g. to prioritize urgent communications).<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |

9



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

| | |
|---|---|
| | **What services does Rent-A-Wreck offer?**<br>Rent-A-Wreck offers its services in car rental industry.<br><br>**How to write a complaint about Rent-A-Wreck?**<br>To write a complaint about Rent-A-Wreck and get an answer from the officials of Rent-A-Wreck, Complaintsboard.com's objective complaint writing and answer providing system can be used. Product shipment, payment, communication, billing, and any kind of service-related complaint about Rent-A-Wreck can be filed via the specific Rent-A-Wreck complaint section.<br><br>**Is ComplaintsBoard.com associated with Rent-A-Wreck?**<br>ComplaintsBoard.com is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Rent-A-Wreck Customer Service. Initial Rent-A-Wreck complaints should be directed to their team directly. You can find contact details for Rent-A-Wreck above.<br><br>ComplaintsBoard.com is an independent complaint resolution platform that has been successfully voicing consumer concerns since 2004. We are doing work that matters - connecting customers with businesses around the world and help them resolve issues and be heard.<br><br>Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts |
| estimating an expected | The Rent-a-Wreck customer service platform estimates an expected economic value to be obtained by associating each respective communication with each respective |

| | |
|---|---|
| economic value to be obtained by associating each respective communication with each respective available resource, dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the Rent-a-Wreck customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html



Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts

| | |
|---|---|
| assigning each of the plurality of respective communications | The Rent-a-Wreck customer service platform assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. |

| | |
|---|---|
| to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | For example, based on the estimated expected economic value by Customer feedback survey & rating and the skilled agent by analysis of skills, the Rent-a-Wreck Customer Service system selects a call center agent to handle the call and connects that agent with the caller.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

**What services does Rent-A-Wreck offer?**

Rent-A-Wreck offers its services in car rental industry.

**How to write a complaint about Rent-A-Wreck?**

To write a complaint about Rent-A-Wreck and get an answer from the officials of Rent-A-Wreck, Complaintsboard.com's objective complaint writing and answer providing system can be used. Product shipment, payment, communication, billing, and any kind of service-related complaint about Rent-A-Wreck can be filed via the specific Rent-A-Wreck complaint section.

**Is ComplaintsBoard.com associated with Rent-A-Wreck?**

ComplaintsBoard.com is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Rent-A-Wreck Customer Service. Initial Rent-A-Wreck complaints should be directed to their team directly. You can find contact details for Rent-A-Wreck above.

ComplaintsBoard.com is an independent complaint resolution platform that has been successfully voicing consumer concerns since 2004. We are doing work that matters - connecting customers with businesses around the world and help them resolve issues and be heard.

> **Overview of Rent-A-Wreck complaint handling**
>
> 8 Rent-A-Wreck reviews first appeared on Complaints Board on Oct 15, 2008. The latest review
> The car was in undriveable condition. Did not take it. I want my money back. Please help. was posted on Apr 9, 2017. The latest complaint
> Rude Counterhelp, Deceptive business practices was resolved on May 04, 2011. Rent-A-Wreck has an average consumer rating of 4 stars from 8 reviews. Rent-A-Wreck has resolved 5 complaints.

Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts