Exhibit 8

**Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Rent-a-Wreck ("Defendant")**

| Claim10 | Evidence |
|---|---|
| 10. A communications method comprising: | The Rent-a-wreck Customer Service performs a method for communicating in a communication network.<br><br>For Example, Rent-a-wreck Customer Service performs a method of communicating by establishing, over a communication network, a call between callers with a request to the appropriate department for assistance.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

| (a) receiving a plurality of | The Rent-a-Wreck Customer Service receives a plurality of communications, each having associated classification information. |
|---|---|

| communications, each having associated classification information; | For example, Rent-a-Wreck Customer Service receives calls from multiple callers. For each call, a user provides information about the nature of the call by selecting the appropriate department from the given choices via keypad entry. The responses are used to classify the call.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |
|---|---|



### Helpful Information

Book a car NOW!

About us | Rent-A-Wreck and Safe Cars | History | Helpful Information | Mission Statement

#### Facts for Customers

**Renting a car**

Renting a car can be confusing, especially if you are a first-time renter or don't understand the terminology involved. The following information is intended to clarify some car rental industry terminology and provide a guide to car rental for those unfamiliar with the process.

#### Understanding the Terms and Charges

Always ask about charges before you sign your car rental agreement. If you are not sure about a specific charge or have questions about the language on your rental contract, ask questions at the counter. Your friendly Rent-A-Wreck customer service representative will be glad to help.

Source: https://www.rentawreck.com/helpful-information.htm

### Customer Care

Your name

Your email

Subject

- Select a subject -

- Select a subject -

I want help with new reservation

I already have a reservation

I forgot my reservation number

I want to cancel my reservation

Other

Submit

| | Source: https://www.rentawreck.com/initchat.html |
|---|---|
| (b) storing information representing characteristics of a plurality of potential targets; | The Rent-a-wreck Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, Rent-a-wreck Customer Service stores information about the skill set possessed by agents who are potential targets of the call.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

| (c) determining an optimum | The Rent-a-wreck Customer Service determines an optimum target for each communication based on the communication classification and target characteristics |
|---|---|

| | |
|---|---|
| target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | using a multivariate cost function comparing at least three potential targets.<br><br>For example, Rent-a-wreck Customer Service analyses the caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system directs the complaints to the team of Rent-a-Wreck directly by filing it to the complaintsboard.com (i.e., a multivariate cost function). The company employs numerous agents, at least three of which possess the skill set required by the call.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |



### Helpful Information

Book a car NOW!

About us | Rent-A-Wreck and Safe Cars | History | Helpful Information | Mission Statement

#### Facts for Customers

**Renting a car**

Renting a car can be confusing, especially if you are a first-time renter or don't understand the terminology involved. The following information is intended to clarify some car rental industry terminology and provide a guide to car rental for those unfamiliar with the process.

#### Understanding the Terms and Charges

Always ask about charges before you sign your car rental agreement. If you are not sure about a specific charge or have questions about the language on your rental contract, ask questions at the counter. Your friendly Rent-A-Wreck customer service representative will be glad to help.

Source: https://www.rentawreck.com/helpful-information.htm

#### Customer Care

Your name

Your email

Subject

- Select a subject -

- Select a subject -

I want help with new reservation

I already have a reservation

I forgot my reservation number

I want to cancel my reservation

Other

Source: https://www.rentawreck.com/initchat.html

8



Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts

| (d) routing the communication to the optimum target, | The Rent-a-Wreck Customer Service routes the communication to the optimum target. |
|---|---|
| | For example, upon determining, as the optimum target, the agent to which the call should be routed, Rent-a-Wreck Customer Service directs the call to that destination |

agent.



Source: https://www.rentawreck.com/contact.htm



## Helpful Information

Book a car NOW!

About us  |  Rent-A-Wreck and Safe Cars  |  History  |  Helpful Information  |  Mission Statement

### Facts for Customers

**Renting a car**

Renting a car can be confusing, especially if you are a first-time renter or don't understand the terminology involved. The following information is intended to clarify some car rental industry terminology and provide a guide to car rental for those unfamiliar with the process.

### Understanding the Terms and Charges

Always ask about charges before you sign your car rental agreement. If you are not sure about a specific charge or have questions about the language on your rental contract, ask questions at the counter. Your friendly Rent-A-Wreck customer service representative will be glad to help.

Source: https://www.rentawreck.com/helpful-information.htm

## Customer Care

Your name

Your email

Subject

- Select a subject -

   **- Select a subject -**

   I want help with new reservation

   I already have a reservation

   I forgot my reservation number

   I want to cancel my reservation

   Other

Submit

Source: https://www.rentawreck.com/initchat.html

11



Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts

| said determining step and said routing step being performed | The Rent-a-Wreck Customer Service performs the determination and the routing steps within a common operating environment.<br><br>For example, when a caller provides information about the nature of the call by selecting |
| --- | --- |

| within a common operating environment. | the appropriate department from the given choices, then ComplaintsBoard.com automates the skill-based call routing to the Rent-a-Wreck team (i.e., in a common operating system).<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |
|---|---|



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

**What services does Rent-A-Wreck offer?**    ⌄

Rent-A-Wreck offers its services in car rental industry.

---

**How to write a complaint about Rent-A-Wreck?**    ⌄

To write a complaint about Rent-A-Wreck and get an answer from the officials of Rent-A-Wreck, Complaintsboard.com's objective complaint writing and answer providing system can be used. Product shipment, payment, communication, billing, and any kind of service-related complaint about Rent-A-Wreck can be filed via the specific Rent-A-Wreck complaint section.

**Is ComplaintsBoard.com associated with Rent-A-Wreck?**

ComplaintsBoard.com is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Rent-A-Wreck Customer Service. Initial Rent-A-Wreck complaints should be directed to their team directly. You can find contact details for Rent-A-Wreck above.

ComplaintsBoard.com is an independent complaint resolution platform that has been successfully voicing consumer concerns since 2004. We are doing work that matters - connecting customers with businesses around the world and help them resolve issues and be heard.

Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts