# Exhibit 9

Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. Rent-a-Wreck ("Defendant")

| Claim 10 | Evidence |
|---|---|
| 10. A communications method comprising: | The Rent-a-wreck Customer Service performs a method for communicating in a communication network.<br><br>For Example, Rent-a-wreck Customer Service performs a method of communicating by establishing, over a communication network, a call between callers with a request to the appropriate department for assistance.<br><br>**Contact us**<br>Looking for information on renting a vehicle, or for customer service?<br><br>United States          Outside the USA<br>(877) 877-0700       +1-301-681-8100<br><br>Need to cancel a rental?<br><br>Rent-A-Wreck International Headquarters<br>13900 Laurel Lakes Avenue<br>Suite 100<br>Laurel, MD 20707<br><br>Source: https://www.rentawreck.com/contact.htm |



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

| | |
|---|---|
| (a) receiving a plurality of communications | The Rent-a-Wreck Customer Service receives a plurality of communications, each having associated classification information. |

| | |
|---|---|
| , each having associated classification information; | For example, Rent-a-Wreck Customer Service receives calls from multiple callers. For each call, a user provides information about the nature of the call by selecting the appropriate department from the given choices via keypad entry. The responses are used to classify the call.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |

|  | 
Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html |
|---|---|
| (b) storing | The Rent-a-wreck Customer Service maintains information about potential targets that |

| | |
|---|---|
| information representing characteristics of at least three potential targets; and | includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, Rent-a-wreck Customer Service stores information about the skill set possessed by agents who are potential targets of the call. The company employs numerous agents, at least three of which possess the skill set required by the call.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

| | |
|---|---|
| (c) determining, in a combinatorial optimization, an optimum target | The Rent-a-wreck Customer Service determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, Rent-a-wreck Customer Service analyses the caller selection to determine |

| | |
|---|---|
| for each communication based on the communication classification, and target characteristics. | one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system directs the complaints to the team of Rent-a-Wreck directly by filing it to the complaintsboard.com (i.e., combinatorial optimization).<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

**What services does Rent-A-Wreck offer?**

Rent-A-Wreck offers its services in car rental industry.

**How to write a complaint about Rent-A-Wreck?**

To write a complaint about Rent-A-Wreck and get an answer from the officials of Rent-A-Wreck, Complaintsboard.com's objective complaint writing and answer providing system can be used. Product shipment, payment, communication, billing, and any kind of service-related complaint about Rent-A-Wreck can be filed via the specific Rent-A-Wreck complaint section.

**Is ComplaintsBoard.com associated with Rent-A-Wreck?**

ComplaintsBoard.com is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Rent-A-Wreck Customer Service. Initial Rent-A-Wreck complaints should be directed to their team directly. You can find contact details for Rent-A-Wreck above.

ComplaintsBoard.com is an independent complaint resolution platform that has been successfully voicing consumer concerns since 2004. We are doing work that matters - connecting customers with businesses around the world and help them resolve issues and be heard.

Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts