# Exhibit 10

Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Rent-a-Wreck ("Defendant")

| Claim11 | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Rent-a-Wreck Customer service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Rent-a-Wreck Customer system matches an incoming call, which is the first entity, to a call center agent, which is the second entity.<br><br>**Contact us**<br>Looking for information on renting a vehicle, or for customer service?<br><br>United States          Outside the USA<br>(877) 877-0700        +1-301-681-8100<br><br>Need to cancel a rental?<br><br>Rent-A-Wreck International Headquarters<br>13900 Laurel Lakes Avenue<br>Suite 100<br>Laurel, MD 20707<br><br>Source: https://www.rentawreck.com/contact.htm |

| | |
|---|---|
| | Source: https://www.rentawreck.com/helpful-information.htm<br><br>Source: https://www.rentawreck.com/initchat.html |
| storing a plurality of | The Rent-a-Wreck Customer service system with intelligent routing stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity. |

| | |
|---|---|
| multivalued scalar data representing inferential targeting parameters for the first entity; | For example, the Rent-a-Wreck Customer service system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center agent to handle the call.  These required agent characteristics include one or more of: skills and respective skill levels, the agent's location, prior call history with calls of the same nature. These required characteristics are represented by complaintsboard.com that comprises a plurality of multivalued scalar data, which are stored and used, by the Rent-a-Wreck Customer service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate call center agent.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |

3



Source: https://www.rentawreck.com/helpful-information.htm

| | |
|---|---|
| | Source: https://www.rentawreck.com/initchat.html |
| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The Rent-a-Wreck Customer service system with intelligent routing stores a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities.<br><br>For example, the Rent-a-Wreck Customer service system stores respective characteristics of multiple call center agents. These agent characteristics include one or more of: skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The agent characteristics are represented by complaintsboard.com that comprises a plurality of multivalued scalar data and are used, by the Rent-a-Wreck Customer service system, as inferential targeting parameters for routing the call to an appropriate call center agent.<br><br>**Contact us**<br><br>Looking for information on renting a vehicle, or for customer service?<br><br>United States       Outside the USA<br>(877) 877-0700      +1-301-681-8100<br><br>Need to cancel a rental?<br><br>Rent-A-Wreck International Headquarters<br>13900 Laurel Lakes Avenue<br>Suite 100<br>Laurel, MD 20707 |

| | Source: https://www.rentawreck.com/contact.htm  Source: https://www.rentawreck.com/helpful-information.htm |
|---|---|

| | |
|---|---|
| | **Customer Care**<br><br>Your name<br><br>Your email<br><br>Subject<br>- Select a subject -<br><br>- Select a subject -<br>I want help with new reservation<br>I already have a reservation<br>I forgot my reservation number<br>I want to cancel my reservation<br>Other<br>Submit<br><br>Source: https://www.rentawreck.com/initchat.html |
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to | The Rent-a-Wreck Customer service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the Rent-a-Wreck Customer service system i.e., complaintsboard.com selects an appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit |

| | |
|---|---|
| maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of the particular agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the duration of the call. Therefore, the cost-benefit analysis also accounts for the fact that the agent cannot handle other calls while handling this call. The agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called normalized economic surplus, is selected by the Rent-a-Wreck Customer service system to handle the call.<br><br>**Contact us**<br><br>Looking for information on renting a vehicle, or for customer service?<br><br>United States          Outside the USA<br>(877) 877-0700        +1-301-681-8100<br><br>Need to cancel a rental?<br><br>Rent-A-Wreck International Headquarters<br>13900 Laurel Lakes Avenue<br>Suite 100<br>Laurel, MD 20707<br><br>Source: https://www.rentawreck.com/contact.htm |



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

9



Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts

| | |
|---|---|
| outputting a signal in dependence on the | The Rent-a-Wreck Customer service system with intelligent routing outputs a signal in dependence on the optimization.

For example, the Rent-a-Wreck Customer service system generates and outputs a signal |

| | |
|---|---|
| optimization. | for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched agent so as to connect that agent to the call.<br><br><br><br>Source: https://www.rentawreck.com/contact.htm |

11



Source: https://www.rentawreck.com/helpful-information.htm

Source: https://www.rentawreck.com/initchat.html

**What services does Rent-A-Wreck offer?**

Rent-A-Wreck offers its services in car rental industry.

**How to write a complaint about Rent-A-Wreck?**

To write a complaint about Rent-A-Wreck and get an answer from the officials of Rent-A-Wreck, Complaintsboard.com's objective complaint writing and answer providing system can be used. Product shipment, payment, communication, billing, and any kind of service-related complaint about Rent-A-Wreck can be filed via the specific Rent-A-Wreck complaint section.

**Is ComplaintsBoard.com associated with Rent-A-Wreck?**

ComplaintsBoard.com is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Rent-A-Wreck Customer Service. Initial Rent-A-Wreck complaints should be directed to their team directly. You can find contact details for Rent-A-Wreck above.

ComplaintsBoard.com is an independent complaint resolution platform that has been successfully voicing consumer concerns since 2004. We are doing work that matters - connecting customers with businesses around the world and help them resolve issues and be heard.

Source: https://www.complaintsboard.com/rent-a-wreck-b126894/contacts