## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **Patent Armory Inc.,** | | Case No. |
| Plaintiff, | | Patent Case |
| v. | | Jury Trial Demanded |
| **Rent-A-Wreck of America Inc.,** | | |
| Defendant. | | |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: August 11, 2023

Respectfully submitted,

/s/ Antranig Garibian
Antranig Garibian
Antranig Garibian, Esquire
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Patent Armory Inc.**

1

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 11, 2023 via the Court's CM/ECF system.


/s/ Antranig Garibian
Antranig Garibian