*AO 120 (Rev. 08/10)*

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
____ Trademarks or **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>1:23–cv–04377–RMB–EAP | DATE FILED<br>8/16/2023 | U.S. DISTRICT COURT<br>CAMDEN, NJ |
|---|---|---|
| PLAINTIFF<br>PATENT ARMORY INC. | | DEFENDANT<br>RENT–A–WRECK OF AMERICA INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,237,420 | 2019–03–19 | Patent Armory Inc. |
| 2 | 10,491,748 | 2019–11–26 | Patent Armory Inc. |
| 3 | 7,023,979 | 2006–04–04 | Patent Armory Inc. |
| 4 | 7,269,253 | 2007–09–11 | Patent Armory Inc. |
| 5 | 9,456,086 | 2016–09–27 | Patent Armory Inc. |

In the above-–entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-–entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK OF COURT | (BY) DEPUTY CLERK<br>s/ Sydnee Pierce | DATE<br>8/16/2023 |
|---|---|---|

**Copy 1-–Upon initiation of action, mail this copy to Director   Copy 3-–Upon termination of action, mail this copy to Director**
**Copy 2-–Upon filing document adding patent(s), mail this copy to Director   Copy 4-–Case file copy**