# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**PATENT ARMORY INC.,**
*Plaintiff*

                V.           **SUMMONS IN A CIVIL CASE**

**RENT−A−WRECK OF AMERICA INC.,**
*Defendant*

CASE NUMBER: **1:23−CV−04377−RMB−EAP**

TO: *(Name and address of Defendant)*:

    Rent-A-Wreck of America Inc.
    c/o Corporation Service Company
    251 Little Falls Drive, Wilmington DE 19808

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2023−08−16 15:06:07**, Clerk USDC NJD

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:23-CV-04377-RMB-EAP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Rent-A-Wreck of America Inc.**
was recieved by me on  **8/26/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Rent-A-Wreck of America Inc.** at **251 Little Falls Drive, Wilmington, DE 19808** on **08/28/2023 at 11:21 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 129.00** for services, for a total of **$ 129.00**.

I declare under penalty of perjury that this information is true.

Date:  08/28/2023

*Server's signature*

**Jerrold Allen**
*Printed name and title*

**2506 Palmyra Ct
Churchville, MD 21208**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Corporation Service Company, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.  Shannon Miller accepted service.**



Tracking #: **0113075441**

