IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> RENT-A-WRECK OF AMERICA INC., <br><br> Defendant. | No. 1:23-cv-04377- RMB-EAP <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME** <br><br> *Document Filed Electronically* |

Counsel for Plaintiff Patent Armory Inc. ("Plaintiff") and counsel for Defendant Rent-A-Wreck of America Inc. ("Defendant") have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint. Subject to the Court's approval, Plaintiff requests that Defendant's time to file its response to the Complaint be extended to and including October 18, 2023. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their clients, and consider an appropriate response. Defendant does not waive any motions or defenses that it may present in response to the Complaint, including under Fed. R. Civ. P. 12. No party will be prejudiced by this brief extension. Defendant's response is currently due on September 18, 2023. This is the first request for extension of this nature.

Dated: September 19, 2023

Respectfully submitted,

/s/ Antranig Garibian
Antranig Garibian
Antranig Garibian, Esquire
NJ Attorney I.D. No. 008492005
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Patent Armory Inc.**

SO ORDERED, this 25th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE