**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RENT-A-WRECK OF AMERICA INC.,**<br><br>Defendant. | **PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br>**Civil Action No:** 1:23-cv-04377-RMB-EAP |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Rent-A-Wreck of America Inc. states that it is a Delaware corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 12, 2023

Respectfully submitted,

By: */s/ Warren K. Mabey, Jr.*
Warren K. Mabey, Jr. (#014592010)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
mabey@fr.com

Neil J. McNabnay (*pro hac vice* forthcoming)
Lance E. Wyatt (*pro hac vice* forthcoming)
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
wyatt@fr.com

**COUNSEL FOR DEFENDANT
RENT-A-WRECK OF AMERICA INC.**

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record were electronically served with a copy of the foregoing on October 12, 2023, via the Court's CM/ECF system.

                                              */s/ Warren K. Mabey, Jr.*
                                              Warren K. Mabey, Jr.