IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**RENT-A-WRECK OF AMERICA INC.,** | No. 1:23-cv-04377- RMB-EAP<br><br>JOINT STIPULATION OF DISMISSAL<br><br>*Document Filed Electronically* |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Patent Armory Inc. ("Plaintiff") and Defendant Rent-A-Wreck of America Inc. ("Defendant") hereby stipulate to dismiss all claims against Defendant WITH PREJUDICE and all counterclaims against Plaintiff WITHOUT PREJUDICE.

　　　　Each party shall bear its own costs, expenses, and attorneys' fees.

　　　　Dated: October 13, 2023　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Antranig Garibian*<br>Antranig Garibian<br>Antranig Garibian, Esquire<br>NJ Attorney I.D. No. 008492005<br>1800 John F. Kennedy Boulevard, Suite 300<br>Philadelphia, PA 19103<br>(215) 326-9179<br>ag@garibianlaw.com<br><br>Isaac Rabicoff<br>Rabicoff Law LLC<br>(*Pro hac vice* application forthcoming)<br>600 Mamaroneck Ave STE 400<br>Harrison, NY 10528<br>7736694590<br>isaac@rabilaw.com<br>*Counsel for Plaintiff*<br>*Patent Armory Inc.* | */s/ Warren K. Mabey, Jr.*<br>Warren K. Mabey, Jr.<br>(#014592010) FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br>mabey@fr.com<br><br>Neil J. McNabnay (*pro hac vice* forthcoming) Lance E. Wyatt (*pro hac vice* forthcoming) 1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>mcnabnay@fr.com<br>wyatt@fr.com<br>*Counsel for Defendant*<br>*Rent-A-Wreck of America Inc.* |

1