IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> RENT-A-WRECK OF AMERICA INC., | No. 1:23-cv-04377- RMB-EAP <br><br> ORDER GRANTING JOINT STIPULATION OF DISMISSAL <br><br> *Document Filed Electronically* |

The request to dismiss all claims against Defendant Rent-A-Wreck of America Inc. WITH PREJUDICE and all counterclaims against Plaintiff Patent Armory Inc. WITHOUT PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 18, 2023

_____
RENÉE MARIE BUMB
Chief United States District Judge